```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  C.M.,                                                     :
                                                            :
                           Plaintiff                        :
                                                            :       20-CV-751 (VSB)
                  -against-                                 :
                                                            :           ORDER
  THE ESTATE OF DR. REGINALD                                :
  ARCHIBALD, et al.,                                        :
                                                            :
                           Defendants.                      X
------------------------------------------------------------
```

VERNON S. BRODERICK, United States District Judge:

      On May 1, 2024, Plaintiff's counsel Matthew Shock of Levy Konigsberg, LLP moved to withdraw Levy Konigsberg, LLP as counsel of record for Plaintiff. (Doc. 52.) Mr. Shock cited "[s]ignificant differences between Plaintiff and Levy Konisberg regarding "the appropriate approach" to representation, and that "an irrevocable breach has developed." (Doc. 52-1 ¶ 8.) Shock further described a "breakdown of communication and a lack of cooperation in the attorney-client relationship," and that it would be "unreasonably difficult" to continue to represent Plaintiff effectively. (*Id.* ¶ 9.) On October 8, 2024, I granted the motion to withdraw and gave Plaintiff until December 7, 2024 "to obtain new counsel or to inform me as to whether or not he intends to proceed pro se." (Doc. 54 at 2.) On December 3, 2024, I also granted attorney Renner Walker's motion to withdraw, (Doc. 55), because he no longer works at Levy Konigsberg. (Doc. 56.)

      Plaintiff has failed to indicate whether he obtained new counsel or whether he intends to proceed pro se. Plaintiff is directed to do by December 16, 2024. If Plaintiff fails to respond by December 16, 2024, then I will find that he intends to proceed pro se.

The Clerk of Court is respectfully directed to terminate Corey Matthew Stern as attorney of record for Plaintiff, nunc pro tunc, with the date of termination as October 8, 2024. (*See* Doc. 54.)

SO ORDERED.

Dated:   December 9, 2024
         New York, New York

                                                                    _____
                                                                    Vernon S. Broderick
                                                                    United States District Judge