```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   C.M.,                                                    :
                                                            :
                              Plaintiff                     :
                                                            :      20-CV-751 (VSB)
                  -against-                                 :
                                                            :         ORDER
   THE ESTATE OF DR. REGINALD                               :
   ARCHIBALD, et al.,                                       :
                                                            :
                              Defendants.                   X
------------------------------------------------------------
```

VERNON S. BRODERICK, United States District Judge:

      On October 6, 2022, I ordered the parties to file a joint letter every ninety days providing a status update as to whether the stay should be lifted in light of the Chapter 11 bankruptcy proceeding for Madison Square Boys & Girls, Club.  (Doc. 43.)  The last time the parties submitted a joint letter providing a status update was on October 25, 2023.  (Doc. 51.)

      Separately, on December 9, 2024, I ordered Plaintiff to indicate whether he has obtained new counsel or whether he intends to proceed pro se by December 16, 2024.  (Doc. 57.)  Because Plaintiff has failed to do so, I find that he intends to proceed pro se.  If Plaintiff later obtains counsel, that counsel is directed to file a notice of appearance in this matter.

      Accordingly, it is hereby:

      ORDERED that on or before January 10, 2025, and every ninety days thereafter, the parties shall file a joint letter providing a status update as to whether the stay should be lifted.

SO ORDERED.

Dated:   December 18, 2024
         New York, New York

*Vernon Broderick* (signature)

Vernon S. Broderick
United States District Judge